Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:   (310) 943-2085

Attorneys for Plaintiffs
Backgrid USA, Inc. & Splash News
and Picture Agency, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>RHUDE DESIGNS, LLC. a California limited liability company; RHUIGI VILLASEÑOR and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07567-JFW-as<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

**DECLARATION OF LEAD TRIAL COUNSEL**

1    I, Joanna Ardalan, am lead trial counsel for Backgrid USA, Inc., in the above
2  captioned action. I have personal knowledge of the facts stated herein and if called
3  to testify could and would testify competently as follows:

4        1.  I have registered as an CM/ECF User.
5        2.  My e-mail address of record is jardalan@onellp.com.
6        3.  I have read the Court's Standing Order and the Local Rules.

7
8        I declare under penalty of perjury that the facts contained herein are true and
9  correct.
10       Executed on October 6, 2021, in Beverly Hills, California.

11
12                                              /s/ Joanna Ardalan
13                                              Joanna Ardalan

2
**DECLARATION OF LEAD TRIAL COUNSEL**