1   Peter R. Afrasiabi (Bar No. 193336)
    pafrasiabi@onellp.com
2   **ONE LLP**
    4000 MacArthur Boulevard
3   East Tower, Suite 500
    Newport Beach, CA 92660
4   Telephone:   (949) 502-2870
    Facsimile:    (949) 258-5081
5

6   Joanna Ardalan (Bar No. 285384)
    jardalan@onellp.com
7   **ONE LLP**
    9301 Wilshire Boulevard
8   Penthouse Suite
    Beverly Hills, CA 90210
9   Telephone:   (310) 866-5157
    Facsimile:    (310) 943-2085
10

11

12  Attorneys for Plaintiffs
    Backgrid USA, Inc. & Splash News
13  and Picture Agency, LLC

14                  **UNITED STATES DISTRICT COURT**

15                 **CENTRAL DISTRICT OF CALIFORNIA**

16

| 17 | BACKGRID USA, INC., a California corporation; | Case No. 2:21-cv-07567-JFW-as |
|---|---|---|
| 18 | | |
| 19 | Plaintiff, | **RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (DKT. 14)** |
| 20 | v. | |
| 21 | RHUDE DESIGNS, LLC. a California limited liability company; RHUIGI VILLASEÑOR and DOES 1-10, inclusive, | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

25

26

27

28

                  **RESPONSE TO ORDER TO SHOW CAUSE (DKT. 14)**

1   Plaintiff Backgrid USA, Inc. submits the following response to the Court's

2   Order to Show Cause:

3   The Court's Standing Order requires that counsel submit a Declaration of

4   Lead Trial Counsel within ten days of a party's first appearance.  This declaration

5   requires that lead trial counsel testify that s/he has read the Standing Order.

6   Counsel did not timely submit the Declaration and apologizes to the Court.

7   Declaration of Joanna Ardalan ("Decl."), ¶ 2. Counsel has studied the Standing

8   Order to ensure compliance with it. *Id.*

9   While counsel bears responsibility for the untimely filing of the Declaration

10  of Lead Trial Counsel, counsel provides the Court with the following explanation:

11  The filing of the Declaration of Lead Trial Counsel is a docketing event that

12  should have been in counsel's calendar but was not. Counsel's longtime paralegal

13  left on July 30, 2021, and One LLP hired two new paralegals. Since then, the

14  docketing responsibilities have been shifted among the new paralegals and the

15  remaining paralegals. During the re-shift of cases, the paralegal then assigned to

16  Backgrid USA, Inc. was out due to COVID-19; the Standing Order issued on the

17  paralegal's third day back in the office. On September 21, 2021, the day this case

18  was filed, another longtime paralegal left, causing a subsequent shift in paralegal

19  assignments and causing this case to be assigned to a new paralegal who is learning

20  how to docket both federal and state court deadlines. Unfortunately, the shifting of

21  cases caused some miscommunication. Decl., ¶ 3.

22  I have met with the paralegal assigned to this case currently and together

23  counsel and her paralegal have reviewed the Court's Standing Order to ensure

24  compliance with all of the Court's requirements. Decl., ¶ 4.

25  Counsel respectfully requests that the Court discharge the Order to Show

26  Cause.

27

28

2

**RESPONSE TO ORDER TO SHOW CAUSE (DKT. 14)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  October 6, 2021

**ONE LLP**

By: */s/ Joanna Ardalan*
     Joanna Ardalan
     Peter R. Afrasiabi

     *Attorneys for Plaintiff,*
     Backgrid USA, Inc.

**RESPONSE TO ORDER TO SHOW CAUSE (DKT. 14)**