**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BackGrid USA, Inc.**<br><br>                    Plaintiff(s)<br>v.<br><br>**Rhude Designs, LLC, et al.**<br><br>                    Defendant(s). | CASE NUMBER:<br><br>**CV 21-7567-JFW(ASx)**<br><br>ORDER VACATING SCHEDULING CONFERENCE, REFERRAL TO PRIVATE MEDIATION, and DISMISSING ANY UNSERVED DOE DEFENDANTS |

The Court has reviewed the parties' Joint Rule 26(f) Report and finds that a Scheduling Conference is not necessary.  The hearing on January 24, 2022 is vacated and taken off calendar. A Scheduling and Case Management Order will issue. Any unserved DOE defendants are dismissed at this time.

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

   **ORDERS** this case referred to:

   ☐  ADR PROCEDURE NO. 1: (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

   ☐  ADR PROCEDURE NO. 2:  This case is referred to the ADR Program.  Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator.  If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one.  Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov.  Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

   ☒  **ADR PROCEDURE NO. 3: (Private mediation).**

   The ADR proceeding is to be completed no later than: **May 2, 2022**
   The Joint Report re: Results of Settlement Conference due on: **May 6, 2022**

 For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: **January 11, 2022**

                                                                             _____
                                                                             United States District Judge

CC: ADR